DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 06/2022)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA              *
                                      *
v.                                    *     CRIM. NO.    24- 1028
                                      *
                                      *
MARCI WESCOTT                         *
                                      *
                                   *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

☑ That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

☐ Other:

Date: Mar 28, 2024                    /s/ Andrea D. Bergman
                                      _____
                                      Honorable Andrea D. Bergman
                                      United States Magistrate Judge