# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  　　　　Magistrate No. 24-1028

v.

MARCI WESCOTT

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 28th day of March, 2024

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

　　　　　　　　　　　　　　　　/s/ Andrea D. Bergman
　　　　　　　　　　　　　　　　HONORABLE ANDREA D. BERGMAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE