UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 24-1028 |
| | : | |
| V. | : | CRIMINAL ACTION |
| Marci Wescott | : | |
| | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

[✔] Reporting, as directed, to U.S. Pretrial Services;

[ ] Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

[ ] Mental Health testing/treatment as directed by U.S. Pretrial Services;

[✔] The defendant shall appear at all future court proceedings;

[ ] Other:

/s/ Marci Wescott               March 28th 2024
---
DEFENDANT                       DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

*(signature)*
Honorable Andrea Dechette Bergman
U.S. MAGISTRATE JUDGE

DATE March 28th 2024