UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andrea D. Bergman |
| v. | : | Magistrate No. 2:24-01028M-1 |
| MARCI D. WESTCOTT | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 7492706 against defendant Marci D. Westcott, which was filed on September 28, 2023, charging him with delay or destruction of mail by USPS employee, for the reason that prosecution of defendant Marci D. Westcott is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by defendant Marci D. Westcott of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
Philip R. Sellinger
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANDREA D. BERGMAN
United States Magistrate Judge

Dated: May 30, 2024