UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Hon. Andrea D. Bergman, <br> : U.S.M.J. |
| v. | : <br> : Magistrate No. 2:24-01028M-1 |
| MARCI WESTCOTT | : <br> : |

## JUDGEMENT AND ORDER OF RESTITUTION

**UPON CONSIDERATION** of the parties' submissions, Agreement for Pretrial Diversion and for good cause shown, on this 5th day of June, 2024, it is

**ORDERED** that, pursuant to the Mandatory Victims Restitution Act, 18 U.S.C. 3663A, the defendant shall make restitution in the amount of $50.00. Payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for proportionate distribution to victim in C.C.[1] in the amount of $50.00.

**ORDERED** that the restitution is due immediately and that interest is waived.

**ORDERED** that this Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Agreement for Pretrial Diversion as if set out verbatim therein.

_/s/ Andrea Bergman_
HONORABLE ANDREA D. BERGMAN
United States Magistrate Judge

---

[1] The full name and address of the victim will be provided to the Clerk's Office by the United States Attorney's Office.